UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6576**

_____

WILFREDO GONZALEZ LORA,

Petitioner – Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE, IMMIGRATION AND
NATURALIZATION SERVICE (INS),

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:02-cv-01507-LMB)

_____

Submitted: August 21, 2014        Decided: August 26, 2014

_____

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wilfredo Gonzalez Lora, Appellant Pro Se. William Joseph Howard,
Assistant United States Attorney, Washington, D.C.; David
Moskowitz, Assistant United States Attorney, Alexandria,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders denying his Fed. R. Civ. P. 60(b)(4) motion and subsequent Motion to Alter or Amend the Records. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lora v. U.S. Dep't of Justice, Immigration & Naturalization Serv., No. 1:02-cv-01507-LMB (E.D. Va. filed & entered Feb. 11, 2014; filed Feb. 28 & entered Mar. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED